STATE OF CONNECTICUT *v.* DONALD P. PETTY ET AL.

The petition by the defendants for certification for appeal from the Appellate Division of the Circuit Court is denied.

*David W. Goldman* and *Catherine G. Roraback,* in support of the petition.

*Sherman Drutman,* assistant prosecuting attorney, in opposition.

Submitted February 5—decided February 19, 1963

PARK CONSTRUCTION COMPANY *v.* VIOLET F. KNAPP, EXECUTRIX (ESTATE OF C. STANLEY KNAPP)

The motion by the defendant to dismiss the appeal from the Superior Court in Fairfield County at Stamford is denied.

*James A. Dougherty,* with whom was *John J. Maher,* for the appellee (defendant).

*Robert E. Connolley,* on the brief for the appellant (plaintiff).

Argued February 5—decided February 26, 1963

ELM BUICK COMPANY, INC. *v.* GEORGE MOORE

The petition by Anthony I. Wells for leave to make an oral argument as amicus curiae is granted provided that the petitioner's argument is limited to fifteen minutes.

Submitted February 26—decided February 26, 1963